UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JAMES MELVIN RUSSELL,

    Plaintiff,

v.

CSX TRANSPORTATION, INC.,

    Defendants.                      No. 12-cv-316-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for purposes of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders dismissing case entered on May 1, 2014 (Docs. 61 & 62) granting defendant's Motion to Reconsider and dismissing for lack of jurisdiction, this case is **DISMISSED**. Pursuant to the finalized settlement agreement between the parties, plaintiff's claims are **DISMISSED with prejudice**, each party to pay its own costs.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY:    /s/*Caitlin Fischer*
                                                  **Deputy Clerk**

Dated: May 2, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.02
12:41:34 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT